**92–1558.** Sawchyn v. Buckeye Union Ins. Co. *Cuyahoga County*, No. 60510. This cause, pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right from said court, was considered in a manner prescribed by law. On applications of appellees, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.

**92–1677.** Hill v. Ohio State Adult Parole Auth. In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.